IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN HOUSTON,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:02-CR-749 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Melvin Houston's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

I. BACKGROUND

On April 24, 2003, Defendant was charged by Felony Information with possession of cocaine base with intent to distribute. Defendant pleaded guilty on May 22, 2003. On September 15, 2003, Defendant was sentenced to the custody of the Bureau of Prisons for 151 months, to be followed by 60 months of supervised release. Defendant's term of imprisonment was later reduced pursuant to 18 U.S.C. § 3582(c)(2). Defendant was released from custody in December 2010, and began his term of supervision.

Defendant states that he seeks early termination because he is being considered for a promotion that would require him to relocate. In addition, his occupation requires him to travel frequently.

1

Defendant further states that he has been employed by the same company since his release and that he has been working his way up within that company. Defendant also states that he owns a home that he shares with his wife and four children. Defendant states, and consultation with his supervising officer confirms, that he has been compliant with all terms of his supervised release and has done well while on supervision. The government has indicated that it does not oppose Defendant's request.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 102) is GRANTED. Defendant's term of supervised release is hereby terminated effective immediately.

DATED this 11th day of December, 2013.

BY THE COURT:

_____
Ted Stewart
United States District Judge